UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 19, 2010**

Ms. Gwendolyn Dewees Hodge
U. S. Attorney's Office - Little Rock
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229

      Re:   *United States of America v. Daryl Morgan*, 4:10-CV-00196-WRW
            Plaintiff's Motion for Service

Dear Ms. Hodge:

If Defendant lives in the house -- I understand you are trying to kick him out -- why does he need to be served by newspaper publication?

                                            Cordially,

                                            /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court