**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 27, 2010**

Ms. Gwendolyn Dewees Hodge
U. S. Attorney's Office - Little Rock
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229

    Re: *United States of America v. Daryl Morgan*, 4:10CV00196-WRW
    Plaintiff's Motion for Preliminary Injunction and Motion for Service

Dear Ms. Hodge:

Thank you for your letter (Doc. No. 10). Defendant apparently has moved from the house, so I assume the motion for a preliminary injunction is moot?

As for your request for publication of service under Title 28 U.S.C. Section 1655, I do not believe your complaint or motion satisfies the requirements of this Section. If you think otherwise, please instruct me at to why, in detail, by 4:00 p.m., April 30, 2010; or I will deny the motion. Please also include a suggested Order.

                                          Cordially,

                                          /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record